IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 97–cr–00314–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CRAIG STEVEN CHASE,

    Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

    This matter is set for a three-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **April 24, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that the deadline for filing all motions is <u>March 24, 2006</u>.  All responses shall be filed by <u>March 31, 2006</u>.  A hearing on the motions, if necessary, is set for **April 7, 2006**, at 3:15 o'clock p.m.  It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 10:30 o'clock a.m. on Friday, **April 14, 2006**.  The deadline for submitting the plea agreement and statement of facts

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, <u>April 12, 2006</u>.

Dated: February 23, 2006